IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILBERTO MELENDEZ,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 5:25-cv-03202-JDW |
| : | |
| **JUDGE MERRILL M. SPAHN, JR.,** *et al.*, : | |
| Defendant. : | |

## ORDER

AND NOW, this 17th day of September, 2025, upon consideration of Wilberto Melendez's Motion To Proceed *In Forma Pauperis* (ECF No. 1) and Prisoner Trust Fund Account Statement (ECF No. 3), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915.

It is **FURTHER ORDERED** that Wilberto Melendez, #QP-0156, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Superintendent of SCI Houtzdale or other appropriate official shall assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Melendez's inmate account; or (b) the average monthly balance in Mr. Melendez's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Mr. Melendez's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Melendez's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

The Clerk of Court shall send a copy of this Order to the Superintendent of SCI Houtzdale.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Mr. Melendez's Motion To Amend Civil Action (ECF No. 5) is **GRANTED,** and his Amended Complaint is **DEEMED** filed. The Clerk Of Court shall terminate Judge Merrill M. Spahn, Jr. as a Defendant.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Mr. Melendez's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court shall mark this case closed.

                                                   **BY THE COURT:**

                                                 */s/ Joshua D. Wolson*
                                                 **JOSHUA D. WOLSON, J.**